1 | **KALIELGOLD PLLC**
2 | Sophia Goren Gold (SBN 307971)
3 | Jeffrey D. Kaliel (SBN 238293)
  | Amanda J. Rosenberg (SBN 278507)
4 | 490 43rd Street, No. 122
  | Oakland, California 94609
5 | Telephone: (202) 350-4783
6 | sgold@kalielgold.com
  | jkaliel@kalielpllc.com
7 | arosenberg@kalielgold.com

8 | *Attorneys for Plaintiffs and the Putative Class*

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| FRANCES FERNANDEZ and CECILLE NGUYEN, individually and on behalf of all others similarly situated, | Case No. 8:24-cv-00714-JWH (DFMx) |
| | **NOTICE OF SETTLEMENT** |
| *Plaintiffs*, | Hon. John W. Holcomb |
| v. | |
| FAVORITE WORLD, LLC d/b/a SHAPERMINT, | |
| *Defendant*. | |

### **PLAINTIFFS' NOTICE OF SETTLEMENT**

PLEASE TAKE NOTICE that Plaintiffs Frances Fernandez and Cecille Nguyen ("Plaintiffs") and Favorite World, LLC d/b/a Shapermint, by and through their counsel, hereby inform the Court that they have reached a settlement on an individual basis.

1  The Parties need additional time to process the documentation of their agreement
2  and expect to be in a position for Plaintiffs to file their dismissal paperwork within
3  thirty (30) days. In light of the foregoing, the Parties respectfully request that all current
4  deadlines be suspended.

6  Dated: November 7, 2024                    Respectfully submitted,

7                                             **KALIELGOLD PLLC**

9                                             By:/s/ *Sophia Goren Gold*
10                                                Sophia Goren Gold
                                                  Jeffrey D. Kaliel
11                                                Amanda J. Rosenberg

**CERTIFICATE OF SERVICE**

I hereby certify that on this 7th day of November, 2024, I caused to be electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system and a copy of same has been served on all parties who are registered with the CM/ECF service.

/s/ *Sophia Goren Gold*
Sophia Goren Gold