JS-6

# UNITED STATES DISTRICT COURT

# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| FRANCES FERNANDEZ and CECILLE NGUYEN, individually and on behalf of all others similarly situated,<br><br>  Plaintiffs,<br><br>v.<br><br>FAVORITE WORLD, LLC d/b/a SHAPERMINT,<br><br>  Defendant. | Case No. 8:24-cv-00714-JWH-DFMx<br><br>**JUDGMENT** |

Pursuant to the Scheduling (In Chambers) Order [ECF No. 47] entered on or about December 10, 2024, and in accordance with Rules 41(b) and 58 of the Federal Rules of Civil Procedure,

It is hereby **ORDERED, ADJUDGED,** and **DECREED** as follows:

1. This action, including all claims asserted herein, is **DISMISSED.**
2. To the extent that any party requests any other form of relief, such request is **DENIED.**

**IT IS SO ORDERED.**

Dated: December 26, 2024

John W. Holcomb
UNITED STATES DISTRICT JUDGE